FILED
2025 Apr-14  PM 01:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHWESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **Case No. 3:23-cr-416-CLM-HNJ** |
| **JOSE SALOMON GOROZQUIETA-GUSMAN,** Defendant. | |

## ORDER

The magistrate judge has entered a report, recommending that the court grant Defendant Jose Salomon Gorozquieta-Gusman's motion to suppress evidence of co-defendant Jasmond Foster's identification of Gorozquieta-Gusman's photograph on August 28, 2024 (doc. 119). The magistrate judge gave the Government 14 days to object to this recommendation, and the Government did not file an objection with this court.

Having considered the record, including the magistrate judge's report and recommendation (doc. 142) de novo, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. The court thus **GRANTS** Gorozquieta-Gusman's motion to suppress (doc. 119).

The court does not decide here whether Jasmond Foster may identify Gorozquieta-Gusman during trial if the Government lays a proper foundation (one that does not include the suppressed photo identification).

**Done** and **Ordered** on April 14, 2025.

**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE